**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BRITTANY ROMANO,

                Plaintiff,                      20-CV-8988 (LTS) (OTW)

        -against-                           **ORDER**

AC360 MEDIA, LLC, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Thursday, April 08, 2021 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. Joint status letter due **April 1, 2021**; the letter shall include a plan to stage discovery.

SO ORDERED.

Dated: March 2, 2021                                       *s/ Ona T. Wang*
       New York, New York                      **Ona T. Wang**
                                                       United States Magistrate Judge