```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRITTANY ROMANO,                                             :
                                                             :
                          Plaintiff,                         :       20-CV-8988 (LTS) (OTW)
                                                             :
        -against-                                            :       ORDER
                                                             :
AC360 Media, LLC et al.,                                     :
                                                             :
                          Defendants.                        :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for a status conference on April 8, 2021. As directed at the conference, on or before April 30, 2021, the parties shall serve document and interrogatory requests. Responses due by June 11, 2021. If the parties agree to produce documents, production shall occur.

If Defendants seek to stay discovery, by May 7, 2021, they shall file a pre-motion conference letter with the legal and factual basis for a stay.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: April 29, 2021 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |