UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRITTANY ROMANO,

        Plaintiff,

        -against-

AC360 Media, LLC et al.,

        Defendants.
------------------------------------------------------------x

20-CV-8988 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 55 and 56. Counsel for Plaintiff, Christopher J. Berlingieri, is directed to file, under seal, a submission to the court regarding his motion to withdraw. (*See* ECF 56 at ¶8.)

        **SO ORDERED.**

Dated: February 3, 2023
        New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge