UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRITTANY ROMANO,

          Plaintiff,

       -against-

AC360 Media, LLC et al.,

          Defendants.

------------------------------------------------------------x

20-CV-8988 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel for Plaintiff, Mr. Berlingieri, filed a motion to withdraw as counsel for Plaintiff. (ECF 55, 56). **Plaintiff Brittany Romano is directed to file a response to Mr. Berlingieri's motion to withdraw by March 6, 2023**. **Failure to respond will deem the motion to withdraw as unopposed.**

Mr. Berlingieri is directed to serve Plaintiff with a copy of this order, his motion to withdraw and declaration in support (ECF 55, 56), and the Opinion and Order by the Hon. Laura T. Swain issued on January 20, 2023 (ECF 54). Mr. Berlingieri is directed to file proof of such service by **February 20, 2023**.

**SO ORDERED.**

Dated: February 13, 2023
      New York, New York

         *s/ Ona T. Wang*
         **Ona T. Wang**
         United States Magistrate Judge