UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRITTANY ROMANO,

        Plaintiff,

        -against-

AC360 Media, LLC et al.,

        Defendants.
------------------------------------------------------------x

20-CV-8988 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On July 28, 2023, Plaintiff was Ordered to Show Cause why I should not recommend the case be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). (ECF 63). Defendants are directed to serve a copy of this order, and the Order to Show Cause (ECF 63), on former counsel for Plaintiff, Mr. Christopher Berlingieri, and Plaintiff, and to file such proof of service on the docket. Former counsel for Plaintiff, Mr. Berlingieri, is also directed to serve a copy of this order, and the Order to Show Cause (ECF 63) on Plaintiff, and to file such proof of service on the docket. All proofs of service shall be filed today, **August 1, 2023.**

        **SO ORDERED.**

Dated: August 1, 2023
        New York, New York

        _s/ Ona T. Wang_
        **Ona T. Wang**
        United States Magistrate Judge