**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BRITTANY ROMANO,

                Plaintiff,              20 **CIVIL** 8988 (LTS)(OTW)

     -against-                        **JUDGMENT**

A360 MEDIA, LLC, f/k/a AMERICAN
MEDIA, INC., ELI LIPPMAN, SPENCER
CAIN, AND NADINE DENINNO, in their
individual and professional capacities,

               Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 08, 2023, the Court adopts the Report in its entirety. Consistent with the Court's warning in its January 2023 Order, the remaining claims in this action are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    December 08, 2023

                                                   **RUBY J. KRAJICK**

                                                  **Clerk of Court**

              **BY:**     _____

                                                  **Deputy Clerk**